# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DIRECTV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 03-0256-CV-W-FJG |
| | ) |
| MIKE NEWHOUSE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On May 25, 2005, plaintiff submitted a notice of defendant Roger Reed filing a Chapter 13 Bankruptcy (Doc. No. 95). Pursuant to 11 U.S.C. § 362, which provides for an automatic stay when a bankruptcy proceeding is pending, this action as against Roger Reed is stayed pending the outcome of defendant Reed's current bankruptcy proceeding.[1] The parties shall submit a status report every 60 days from the date of this Order until the completion of bankruptcy proceedings.

/s/ FERNANDO J. GAITAN, JR.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: June 15, 2005
Kansas City, Missouri

---

[1] Effectively, this will operate as a stay of the entire action, as defendant Reed is the only defendant remaining in this case.